UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAIFUSIN CHIU,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE PRESIDENT OF THE US, et al.,<br><br>　　　　Defendants. | No.  2:25-cv-0407-TLN-SCR<br><br><br>ORDER |

　　　　Plaintiff Taifusin Chiu ("Plaintiff"), proceeding pro se, filed the above-entitled action which was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

　　　　On February 7, 2025, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen (14) days.  (ECF No. 3.)  This deadline has passed, and Plaintiff has not filed objections to the findings and recommendations.

　　　　The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court[.]").  Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 7, 2025 (ECF No. 3), are ADOPTED in full;
2. Plaintiff's Complaint is DISMISSED without leave to amend; and
3. The Clerk is directed to enter Judgment and close this case.

Date: March 28, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE